**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**

JOSEPH JONES,
    Petitioner,

vs.                                             Case No. 5:07cv294/RS/MD

STATE OF FLORIDA, et al.,
    Respondents.

**O R D E R**

This cause is before the court upon petitioner filing a petition for writ of habeas corpus under 28 U.S.C. § 2241.  (Doc. 1).

Petitioner did not submit his application for federal habeas corpus relief on the required Northern District form.  Local Rule 5.1(J) for the Northern District of Florida states that the court will not accept for consideration an application for writ of habeas corpus under 28 U.S.C. § 2241 unless the appropriate form is completed.  Thus, if petitioner desires relief under § 2241, he must file a petition for writ of habeas corpus on the form for use in § 2241 cases, and attach proof of exhaustion of his administrative remedies.

Additionally, petitioner has failed to either pay the filing fee of $5.00 or submit a motion to proceed *in forma pauperis*.  Petitioner's case cannot proceed until he either pays the filing fee or files a properly completed *in forma pauperis* application with supporting documentation.

Accordingly, it is ORDERED:

1.     The clerk is directed to send petitioner a copy of the form for use in Section 2241 cases.  This case number should be written on the form.

2.  Petitioner shall file an amended petition for writ of habeas corpus that complies with the instructions on the form, marking it **"Amended Petition,"** and attaching proof of exhaustion. The amended petition should not refer to the original petition.

3.  Further, the clerk is directed to send petitioner a complete set of forms needed for filing a motion to proceed *in forma pauperis*. Petitioner shall file either the completed "IFP" motion, or payment in the amount of $5.00.

4.  Petitioner shall do the above within **thirty (30) days** from the date of this order. Failure to do so will result in a recommendation that this case be dismissed for failure to prosecute and failure to comply with an order of the court.

DONE AND ORDERED this 7th day of January, 2008.

/s/ *Miles Davis*

**MILES DAVIS**
**UNITED STATES MAGISTRATE JUDGE**