FLN (Rev. 4/2004) Deficiency Order                                                                                          Page 1 of 1

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

JOSEPH JONES

       vs                                   Case No. 5:07cv294-RS/MD

STATE OF FLORIDA, et al.

## ORDER

Petitioner's **Letter to Judge Davis, and Letter to Clerk of the Court (received in Panama City on 1/17/2008)**, were referred to the undersigned with the following deficiencies:

    The documents are not on plain 8½-inch x 11-inch paper as required by N.D. Fla. Loc. R. 5.1(B)(3).

    Your documents are not properly captioned for this court. Every paper you file after the complaint must have the name of this court, the case style, the case number and the title of your pleading. The body of your pleadings should state the nature of your request and what you want the court to do for you. "An application to the court for an order shall be by motion." Fed. R. Civ. P. 7(b)(1). You cannot request relief from the court in letter form, nor should you correspond with the court in letter form. Judges will not, as a matter of policy, respond to personal correspondence when it pertains to a pending case. This policy is in keeping with their sworn duty to maintain complete impartiality in the exercise of duties. Judicial decisions and opinions are, quite properly, only delivered in response to those legal instruments filed with the Clerk's office in accordance with governing rules of procedure. The Court will return unfiled any correspondence addressed directly to a district judge or magistrate judge.

For these reasons, IT IS ORDERED that:

    The submitted hard copies of the documents shall be returned to you by the Clerk without electronic filing. They may be resubmitted after the above noted deficiencies are corrected.

DONE and ORDERED this 23rd day of January, 2008.

                                              /s/ *Miles Davis*
                                              **MILES DAVIS**
                                              **UNITED STATES MAGISTRATE JUDGE**